DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: ILAN STEIN
ALYSSA B. O'GALLAGHER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2525/2822
E-mail: ilan.stein@usdoj.gov
       alyssa.o'gallagher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.C., an infant by his mother and natural
guardian MABEL VASQUEZ, and MABEL
VASQUEZ, individually,

               Plaintiffs,

    -against-

NEW YORK PRESBYTERIAN HUDSON
VALLEY HOSPITAL, SAMFEE DOE, M.D.,
THERESA WANG, CNM, AMANDA
CARELLO, RN, SHIRAH SUERO, RN, SUN
RIVER HEALTH,

              Defendants.

---

**<u>NOTICE OF REMOVAL</u>**

from the Supreme Court of the
State of New York, County of
Westchester, Index No. 58747/2024

      Defendants Sun River Health, Samfee Doe, M.D., and Theresa Wang, CNM ("Federal

Defendants"), by Damian Williams, United States Attorney for the Southern District of New

York, hereby remove the above-captioned action to the United States District Court for the

Southern District of New York.  The grounds for removal are as follows.

      1.      Plaintiffs E.C., by his mother and natural guardian, Mabel Vasquez, and Mabel

Vasquez, individually (together, "Plaintiffs") named the Federal Defendants, among others, as

defendants in an action filed in the Supreme Court of the State of New York, Westchester

County, Index No. 58747/2024.  A copy of the Complaint ("Compl.") is attached hereto as Exhibit A.

2.      Plaintiffs assert a cause of action against the Federal Defendants for medical malpractice.  Plaintiffs allege that from September 17 to 19, 2021, the defendants rendered medical care to the Plaintiffs.  *See* Compl. ¶¶ 16–25.  Plaintiffs allege that the medical care that was rendered constituted medical and nursing malpractice, alleging that the defendants failed to properly diagnose, manage, and/or treat Plaintiffs during pregnancy, labor, and delivery.  *Id.* ¶ 26.  As a result of this alleged negligence, Plaintiffs claim that they have been severely damaged, both psychologically and physically.  *Id.* ¶¶ 33–34.  Plaintiffs further allege that defendants failed to fully inform them of the risks, hazards, and complications of the treatment rendered by the defendants, and that the lack of informed consent is a proximate cause of the alleged injuries.  *Id.* ¶ 36–37.  Finally, they allege that, as a result of defendants' alleged negligence, plaintiff Mabel Vasquez has incurred expenditures for medical treatment and care for plaintiff E.C., and that she has been and will be deprived of the comfort, companionship, and services of plaintiff E.C.  *Id.* ¶ 40.  Plaintiffs seek unspecified damages "in excess of the jurisdictional limits of all lower courts."  *Id.* ¶ 40.

3.      Pursuant to the Public Health Service Act, as amended by the Federally Supported Health Centers Assistance Act of 1992 and 1995, 42 U.S.C. § 201 *et seq.*, during the relevant period, Samfee Doe, M.D., and Theresa Wang, CNM, were deemed to be employees of the United States Public Health Service for purposes of civil actions seeking damages for personal injury resulting from the performance of medical, surgical, dental, or related functions.  *See* 42 U.S.C. § 233(a), (g)–(h); Ex. B, Certification of Damian Williams, United States Attorney for the Southern District of New York, dated July 10, 2024 (the "Williams Certification").

4.    The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), and 2671–2680, provides the exclusive remedy with respect to Plaintiffs' claims against the Federal Defendants.  *See* 42 U.S.C. § 233(a).

5.    This action may be removed to this Court pursuant to 42 U.S.C. § 233(c) because: (i) trial has not yet been had of this action; and (ii) this is a civil action brought against one or more employees of the United States Public Health Service acting within the scope of their employment.  As set forth in the Williams Certification, Samfee Doe, M.D., and Theresa Wang, CNM, were employees of the United States Public Health Service and were acting within the scope of their employment for purposes of Plaintiffs' claim against them.  *See* Ex. B.

6.    All other defendants who have been properly served are not required to consent to the removal of this case to federal court because Samfee Doe, M.D., and Theresa Wang, CNM, have a statutory right to remove under 42 U.S.C. § 233(c).

7.    Samfee Doe, M.D., and Theresa Wang, CNM, will promptly file a copy of this Notice of Removal with the Clerk of Court, Supreme Court of the State of New York, County of Westchester.

8.    The submission of this Notice of Removal is solely for the special purpose of removing this action to the appropriate federal court and is not a general appearance by Samfee Doe, M.D., and Theresa Wang, CNM.  This Office makes a limited appearance on behalf of Samfee Doe, M.D., and Theresa Wang, CNM, solely for the purpose of removal of this action. This submission does not constitute a waiver of any defense available to Samfee Doe, M.D., and Theresa Wang, CNM, including any defense under Rule 12 of the Federal Rules of Civil Procedure.

Dated:   July 16, 2024
         New York, New York

                                   DAMIAN WILLIAMS
                                   United States Attorney for the
                                   Southern District of New York
                                   *Attorney for the United States of America*


                          By:   /s/ *Alyssa B. O'Gallagher*
                                ILAN STEIN
                                ALYSSA B. O'GALLAGHER
                                Assistant United States Attorneys
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2525/2822
                                E-mail: ilan.stein@usdoj.gov
                                        alyssa.o'gallagher@usdoj.gov