UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

E.C., et al.,

                        Plaintiffs,

      -against-

New York Presbyterian Hudson Valley Hospital, et al.,
                        Defendants.

---------------------------------------------------------------X

**ORDER RE DISCOVERY CONFERENCE**

24-cv-05354-CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Discovery Conference (via telephone) is hereby scheduled for **9/18/2025 at 12:00 pm.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Discovery Conference, the parties should be prepared to discuss the discovery dispute raised in Plaintiffs' letter (ECF Doc. No. 49).

    SO ORDERED.

DATED:    White Plains, New York
               September 11, 2025

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge