**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
E.C., et al.,

                                        Plaintiff,                    24-cv-05354-CS-VR

            -against-                                      **ORDER**

NY Presbyterian Hudson Valley Hospital, et. al.,
                                      Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On September 18, 2025, the Court directed the parties to submit a joint status letter to the Court, by no later than October 10, 2025, providing an update on the status of the production of certain hospital policies and procedures by Defendant New York Presbyterian Hudson Valley Hospital and fact depositions scheduled for October 2025. (ECF No. 56). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **October 17, 2025**.

      SO ORDERED.

DATED:    White Plains, New York
                 October 14, 2025

                                                            VICTORIA REZNIK
                                                             United States Magistrate Judge