UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
E.C., et al.,

                           Plaintiff,                      24-cv-05354-CS-VR

            -against-                      **ORDER**

NY Presbyterian Hudson Valley Hospital, et. al.,
                           Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 62).

      As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. The deadline for the parties to submit a joint status letter, providing an update on the status of the production of hospital policies and procedures by Defendant New York Presbyterian Hudson Valley Hospital and the scheduling of fact depositions (ECF No. 56), is extended to November 24, 2025.

      **SO ORDERED.**

1

DATED:     White Plains, New York
                11/18/2025

                                             _____
                                             VICTORIA REZNIK
                                             United States Magistrate Judge