UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
E.C., et al.,

                                          Plaintiff,                              24-cv-05354-CS-VR

                          -against-                                              **ORDER**

NY Presbyterian Hudson Valley Hospital, et. al.,
                                          Defendants.
-------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On April 2, 2026, the Court directed Defendant New York Presbyterian Hudson Valley Hospital to submit to the Court, by no later than April 16, 2026, an affidavit from a person with personal knowledge confirming the search conducted for certain communications. (ECF 04/02/2026). The Court has not yet received any such affidavit. Defendant is reminded to submit the affidavit, which is now due **April 20, 2026**.

        **SO ORDERED.**

DATED:      White Plains, New York
            April 17, 2026

                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge