USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

E.C., et al.,

Plaintiffs,

-against-

NY Presbyterian Hudson Valley Hospital, et. al.,

Defendants.

-------------------------------------------------------------

24-cv-05354-CS-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

At a discovery conference held on July 27, 2026, the Court addressed a discovery dispute raised in the parties' joint letter relating to Plaintiffs' demand for the anesthesia report from the C-section performed prior to Plaintiff's C-section, subject to redactions. (ECF No. 121). To assess whether to revisit its prior ruling denying the production in the form requested, the Court will conduct an *in camera* review.

By August 3, 2026, Defendant-hospital is directed to submit to the Court for *in camera* review hard copies of the anesthesia report and case spec attendance sheets from the prior C-section under seal, with redactions of PII relating to the non-party patient. In their submission, Defendant-hospital should also provide an explanation of pertinent sections of each document, including information on the personnel present and their in-and-out timing, and the basis for their representation that the anesthesia report contains no

additional responsive information. If, after conducting an *in camera* review, the Court decides to revisit its prior ruling on this discovery dispute, the Court will provide the parties an opportunity to brief the issue and will set a briefing schedule for a formal motion.

All *in camera* submissions shall be sent in hard copy by mail to Chambers.

**SO ORDERED.**

DATED: White Plains, New York
July 27, 2026

VICTORIA REZNIK
United States Magistrate Judge