USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

E.C., et al.,

Plaintiff,

-against-

NY Presbyterian Hudson Valley Hospital, et. al.,

Defendants.

---------------------------------------------------------------X

24-cv-05354-CS-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On July 27, 2026, the Court directed Defendant-hospital to submit to the Court for *in camera* review certain medical records by August 3, 2026. (ECF No. 122). Defendant-hospital was also directed to inform the Court by August 5, 2026 whether contracts between Defendant-hospital and Defendant U.S.A. exist responsive to Plaintiffs' demand. (ECF 07/27/2026). The Court has not yet received either the *in camera* submission or letter on contracts. Defendant-hospital is reminded to submit the *in camera* submission and letter, which are now due **August 10, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
August 6, 2026

VICTORIA REZNIK
United States Magistrate Judge